UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-35-FDW

| | |
|---|---|
| **GEORGE VICTOR STOKES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| ) | |
| **JOHN A. HERRING,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on January 25, 2017. On February 1, 2017, this Court entered an Order requiring Plaintiff to submit, within 20 days, an administrative remedies statement, showing that he exhausted his administrative remedies before filing this action. (Doc. No. 3). Plaintiff has not submitted his administrative remedies statement to the Court.

**IT IS HEREBY ORDERED** that **Plaintiff shall have twenty (20) days from service of this Order in which to submit his administrative remedies statement to the Court, along with copies of Plaintiff's grievances demonstrating that he exhausted his administrative remedies before bringing this action, i.e., documents showing that he grieved his claim in this action through all three steps of the applicable grievance process.** If Plaintiff does not submit an administrative remedies statement to the Court within the time period allotted, along with the accompanying documents showing that he exhausted his administrative remedies, this matter will be dismissed without prejudice and without further notice to Plaintiff.

Signed: February 28, 2017

Frank D. Whitney
Chief United States District Judge