# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| George Victor Stokes**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00035-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| John A Herring**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2017 Order.

March 24, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court